BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>TODD SMITH,<br><br>         Defendant. | 2:15-CR-00170-GEB<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

   On September 4, 2015, defendant Todd Smith entered a guilty plea to Count One of the Information, which charges him with Conspiracy in violation of 18 U.S.C. § 371, related to Bonds and Obligations of Certain Lending Agencies in violation of 18 U.S.C. § 493 and Bank Fraud in violation of 18 U.S.C. § 1344(2).

   As part of his plea agreement with the United States, defendant Todd Smith agreed to forfeit voluntarily and immediately $250,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 371, to which he has pled guilty.  See Defendant Smith's Plea Agreement ¶ II. F.  Plaintiff hereby applies for entry of a money judgment as follows:

   1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Todd Smith in the

amount of $250,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Todd Smith's conviction for violating 18 U.S.C. § 371 (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated:  11/6/15

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Todd Smith in the amount of $250,000.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.
Dated:  November 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge