PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>TODD SMITH,<br><br>                  Defendant. | CASE NO. 2:15-CR-170 GEB<br><br>STIPULATION TO VACATE JUDGMENT AND SENTENCING HEARING AND TO SET MATTER FOR STATUS HEARING RE: SENTENCING |

### **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Todd Smith, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on August 26, 2016.

2. By this stipulation, the parties jointly move the Court to vacate the judgment and sentencing hearing and set this matter for a status hearing regarding sentencing on October 20, 2017.

3. Because the defendant stands convicted of conspiracy in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

STIPULATION AND PROPOSED ORDER RE: SENTENCING      1

IT IS SO STIPULATED.

DATED: July 28, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: July 28, 2016

*/s/ Olaf Hedberg*
OLAF HEDBERG

For defendant TODD SMITH

# O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for August 26, 2016 is VACATED and this matter is set for a status hearing regarding sentencing on October 20, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 29, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND PROPOSED ORDER re: SENTENCING     2