The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TODD SMITH,<br><br>                Defendant. | CASE NO. 2:15-CR-170 GEB<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Todd Smith, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on October 20, 2017.

2. By this stipulation, the parties jointly move the Court to vacate the judgment and sentencing hearing and set this matter for a status hearing regarding sentencing on February 9, 2018.

3. Because the defendant stands convicted of conspiracy in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation.

IT IS SO STIPULATED.

DATED: October 19, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*/s/ Audrey B. Hemesath*
　　　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　For the UNITED STATES OF AMERICA

DATED: October 19, 2017

　　　　　　　　　　　　　　　　　　　　　　*/s/ Olaf Hedberg*
　　　　　　　　　　　　　　　　　　　　　　OLAF HEDBERG

　　　　　　　　　　　　　　　　　　　　　　For defendant TODD SMITH

## [PROPOSED] O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for October 20, 2017 is VACATED and this matter is set for a status hearing regarding sentencing on February 9, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 19, 2017

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge