# UNITED STATES DISTRICT COURT

EASTERN DISTRICT    **District of**    CALIFORNIA

UNITED STATES OF AMERICA
             Plaintiff (s),

V.

TODD SMITH

             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:15-CR-170 GEB

Notice is hereby given that, subject to approval by the court, __TODD SMITH__ substitutes
(Party (s) Name)

__CANDICE L FIELDS__, State Bar No. __172174__ as counsel of record in place
(Name of New Attorney)

place of __OLAF HEDBERG__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | CANDICE FIELDS LAW |
| Address: | 455 CAPITOL MALL, SUITE 802, SACRAMENTO, CA 95814 |
| Telephone: | (916)414-8050     Facsimile (916)790-9450 |
| E-Mail (Optional): | CFIELDS@CANDICEFIELDSLAW.COM |

I consent to the above substitution.

Date: 3/3/18

SIGNATURES ON FILE]

/S/Todd J. Smith
(Signature of Party (s))

I consent to being substituted.

Date: 3/7/18

/S/O. Hedberg
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/2/18

/S/Candice L. Fields
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: March 15, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**