McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMSATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00170-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| TODD JACKSON SMITH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 27, 2020. ECF No. 50. Pursuant to Local Rule, the government's response is due on November 3, 2020, with any reply from the defendant due on November 6, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 13, 2020;

b) The defendant's reply to the government's response to be filed on or before November 20, 2020.

IT IS SO STIPULATED.

Dated: November 3, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AUDREY B. HEMSATH
AUDREY B. HEMSATH
Assistant United States Attorney

Dated: November 3, 2020

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
TODD JACKSON SMITH

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the court adopts the following as a revised briefing schedule regarding defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, ECF No. 50, is due on or before November 13, 2020;

b) The defendant's reply to the government's response, if any, is due on November 20, 2020.

This order resolves ECF No. 53.

IT IS SO FOUND AND ORDERED this 6th day of November, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE