1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00170-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| TODD JACKSON SMITH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 27, 2020. Docket No. 50. The government's response is due on November 13, 2020, with any reply from the defendant due on November 20, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before November 17, 2020;

1

b)   The defendant's reply to the government's response to be filed on or before November 24, 2020.

IT IS SO STIPULATED.

Dated:  November 13, 2020         McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ AUDREY B. HEMSATH
                                  AUDREY B. HEMSATH
                                  Assistant United States Attorney

Dated:  November 13, 2020          /s/ CANDICE FIELDS
                                   CANDICE FIELDS
                                   Counsel for Defendant
                                   TODD JACKSON SMITH

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)   The government's response to the defendant's motion, ECF No. 50, is due on or before November 17, 2020; and

b)   The defendant's reply to the government's response, if any, is due on or before November 24, 2020.

This order resolves ECF No. 56.

IT IS SO FOUND AND ORDERED this 18th day of November, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE